*899-15*

# ELECTRONIC RECORD

COA # 14-14-00777-CR

OFFENSE: Burglary of a Habitation

STYLE: Luke Wayne Hilton v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 228th District Court

DATE: June 23, 2015   Publish: No

TC CASE #:1408458

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Luke Wayne Hilton v The State of Texas

CCA # _____

_____PRO SE_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: _10/14/2015_

JUDGE: _Per Curiam_

CCA Disposition: _*899-15*_

DATE: _____

JUDGE: _____

SIGNED: _____   PC: _____

PUBLISH: _____   DNP: _____

----------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**

# ELECTRONIC RECORD

COA # 04-14-00393-CR          OFFENSE: Murder

STYLE: Asel Abdygapparova v The State of Texas          COUNTY: BEXAR

COA DISPOSITION: AFFIRMED          TRIAL COURT: 379th

DATE:06/04/2015          Publish: NO   TC CASE #: 2001CR4918A

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: «Style1» v. «Style2»          CCA #: _____

__APPELLANT'S__ Petition          CCA Disposition: **916-15**
FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____
__REFUSED__          JUDGE: _____
DATE: 10/14/2015          SIGNED: _____     PC: _____
JUDGE: Per Curiam          PUBLISH: _____     DNP: _____
YEARY NOT PARTICIPATING

_____ MOTION FOR
REHEARING IN CCA IS: _____
JUDGE: _____